**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

The JuratBTC Blockchain
                          Plaintiff,

v.                                                 Case No.: 1:23−cv−00779
                                                Honorable Virginia M. Kendall

Anton Andreyev, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 27, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing set for 8/1/2023 is reset for 9:30 AM (TIME CHANGE ONLY). Status hearing set for 8/9/2023 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.